HOES, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by William M. Hoes, as public administrator, against the New York, New Haven & Hartford Railroad Company. H. W. Taft, for appellant. T. P. Wickes, for respondent. No opinion. Reargument ordered.

HOFFMAN, Appellant, v. SYRACUSE & S. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 21, 1902.) Action by Laura Hoffman against the Syracuse & Suburban Railway Company.

PER CURIAM. Order affirmed, with costs. The plaintiff was bound to tender to the defendant the amount of money received in settlement of her cause of action before commencing this suit thereon.

HOLLOWAY et al. v. NOBLETT. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Jacob J. Holloway and another against Edward A. Noblett. No opinion. Motion granted, with $10 costs.

HOLLY, Respondent, v. GIBBONS, Appellant. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by George Holly, as administrator, etc., against Edward Gibbons, as executor, etc. No opinion. Judgment modified, by striking therefrom that part thereof relating to the collection of any deficiency, after the sale of the real estate, from Edward Gibbons individually, and, as so modified, affirmed, with costs.

HOPPER, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1901.) Action by Lotta Hopper against Frank O. Brown, as executor. T. A. McKennell, for appellant. H. R. Squier, for respondent. No opinion. Judgment and order (70 N. Y. Supp. 592) affirmed, with costs.

HORTON, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1902.) Action by James E. Horton against the Erie Railroad Company. No opinion. Motion denied.

HOWARD et al. v. ROBBINS et al. (Supreme Court, Appellate Division, Fourth Department. January 21, 1902.) Action by Caroline H. Howard and another against Walter G. Robbins and another. No opinion. Motion for leave to appeal to the court of appeals granted, and questions certified filed with the clerk.

HUNT, Respondent, v. SULLIVAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by George F. Hunt, administrator of the estate of Ella W. Hunt, deceased, against Dora Sullivan. From an order refusing to vacate an order for examination of defendant before trial, the defendant appeals. Reversed. Ira Leo Bamberger, for appellant. A. E. Richardson, for respondent.

GOODRICH, P. J. The ex parte order for the examination of the defendant before trial must be vacated, and the order denying the motion to vacate the ex parte order must be reversed, on the grounds stated in Cook v. Association, 85 Hun, 417, 32 N. Y. Supp. 888. Ordered accordingly, with $10 costs and disbursements.

HUTCHINSON, Appellant, v. HORTON, Respondent. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by Winfield S. Hutchinson against William J. Horton. No opinion. Judgment unanimously affirmed, with costs.